IRVING W. STREET, Respondent, v. EUGENE VAN SCHAICK, Appellant.

*Street* v. *Van Schaick*, 152 App. Div. 900, affirmed.
(Argued March 4, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover money paid on account of the purchase price of certain stock.

The action was based upon allegations that the purchase had been induced by fraud and false representations.

*Augustus Van Wyck* for appellant.

*James H. Merwin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, HOGAN and MILLER, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and COLLIN, J.

---

CLAUS H. HINCK, Appellant, v. CLAUS BLOCK, Respondent.

*Hinck* v. *Block*, 152 App. Div. 886, affirmed.
(Argued March 5, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action of replevin.

*Arthur B. Hyman* for appellant.

*Adolph Feldblum* and *Philip Levison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.